1

**STEVE EMERY TEICH**
Cal. State Bar No. **78397**

2

1390 Market Street
Fox Plaza, Suite 310

3

San Francisco, CA 94102
Telephone: (415) 864-5494

4

5

Attorney for Defendant
**CLAUDIO BETANCOURT**

6

7

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN  DISTRICT OF CALIFORNIA
## UNITED STATES OF AMERICA,

8

9

**UNITED STATES OF AMERICA**,    )        CR. **12-00233-DLJ**

10

                                 )
        Plaintiff,               )        **STIPULATION AND [] ORDER**

11

                                 )        **TO CONTINUE SETTING DATE AND TO**
                                 )        **EXCLUDE TIME UNDER SPEEDY TRIAL**

12

v.                               )        **ACT[18 U.S.C. § 3161(h)]**
                                 )

**CLAUDIO BETANCOURT**,           )

13

                                 )
        Defendant.               )

14

_____  )

15

    Defense counsel is currently in trial in the  Northern District Court before Honorable Judge

16

Chesney, in the case of *United States vs. Victor Santos*, 11-cr-0440.  The trial is expected to last

17

until July 30, 2012.  Defense counsel therefore requests a continuance of the case set before Judge

18

Jensen until August 9, 2012 at 9:00 a.m. which is the next Thursday morning available to defense

19

counsel. Defense makes this request to provide for continuity of counsel. Defense counsel also

20

requests the matter of reconsideration of bail now set before Magistrate Judge Singh Grewal at

21

1:30 p.m. to be vacated and to be reset by counsel.

22

    Based on these facts, the parties stipulate and agree that the trial delay and exclusion of

23

time requested herein is necessary to provide defendant continuity of counsel. The parties further

24

stipulate and agree that the ends of justice to be served by granting the requested continuance

25

outweigh the best interests of the public and the defendant in a speedy trial. The parties, through

26

their respective counsel, hereby stipulate and request that the hearing on the setting date  scheduled

27

in this case for July 26, 2012, at 9:00 a.m before Judge Jensen should be vacated and the matter

28

reset for a hearing on for August 9, 2012, at 9:00 a.m., or as soon thereafter as may be heard by the

1  Court. The matter before Magistrate Judge Singh Grewal should be dropped from calendar to be

2  reset by defense counsel.  In addition, the parties stipulate that the time period from July 26, 2012,

3  to August 9,  2012, should be excluded under the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A) and

4  (B)(iv), and due to the need to provide defendant with continuity of counsel  with the reasonable

5  time to prepare. A proposed order is attached and lodged separately for the Court's convenience.

6

7                                                Respectfully submitted,

8

9  DATED: July 25, 2012

                                          By: /s/ Steve E. Teich
10                                         STEVE E. TEICH
                                           Attorney for Defendant
11                                         CLAUDIO BETANCOURT

12

13

   DATED: July 25, 2012                    MELNDA HAGG
14                                         United States Attorney

15

16                                         By: /s/ Daniel Kaleba
                                           DANIEL KALEBA
17                                         Assistant U.S. Attorney
                                           For the United States of America
18

19

20

21

22

23

24

25

26

27

28

                                                2

1
2
3
4
5
6
7        **IN THE UNITED STATES DISTRICT COURT**

8        **FOR THE NORTHEN DISTRICT OF CALIFORNIA**

9
10
11
12   **UNITED STATES OF AMERICA**,        )        CR. No. CR. **12-00233-DLJ**
                                          )
13                  Plaintiff,            )        [PROPOSED] **ORDER TO CONTINUE**
                                          )        **SETTING DATE AND TO EXCLUDE TIME**
14       v.                               )        **UNDER SPEEDY TRIAL ACT**
                                          )        **[18 U.S.C. § 3161(h)]**
15                                        )
     **CLAUDIO BETANCOURT**,              )
16                                        )
                                          )
17                  Defendant.            )
     _____   )
18

19           Based on the reasons set forth in the stipulation of the parties filed on July 25, 2012, and

20   good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.

21           **IT IS HEREBY ORDERED** that the hearings scheduled for July 26, 2012, before Judge

22   Jensen and Magistrate Judge Singh Grewel is vacated and that the case before Judge Jensen is set

23   for a hearing on **August 9, 2012,** at **9:00 a.m.** or as soon thereafter as may be heard by the Court.

24           The Court further finds that the ends of justice that will be served by granting a continuance

25   outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, **IT IS**

26   **HEREBY ORDERED** that, for the reasons stated in the parties' July 25, 2012 stipulation, the

27   time within which the trial of this matter must be commenced under the Speedy Trial Act is

28   EXCLUDED during the time period from July 24, 2012, through August 9, 2012, pursuant

                                                    3

1   to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), due to the need to provide defendant continuity of

2   counsel

3

4   **IT IS SO ORDERED.**

5

6

7   DATED: _____

8                                          By: _____

9                                          **HONORABLE LLOYD JENSEN**
                                           United States District Judge
10                                         Northern District of California

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4