STEVE EMERY TEICH
Cal. State Bar No. **78397**
1390 Market Street
Fox Plaza, Suite 310
San Francisco, CA 94102
Telephone: (415) 864-5494

Attorney for Defendant
**CLAUDIO BETANCOURT**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE JUDICIAL DISTRICT

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CLAUDIO BETANCOURT, )<br>)<br>Defendant. )<br>_____ ) | CR. **12-00233-DLJ**<br><br>**STIPULATION AND [] ORDER TO CONTINUE SETTING DATE AND TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT[18 U.S.C. § 3161(h)]** |

Defendant Claudio Betancourt through defense counsel Steve Emery Teich and the United States government through Assistant United States Attorney Daniel Kaleba stipulate as follows:

Defense Counsel has received audio and video recordings in this matter, as well as a Court order permitting Mr. Betancourt to review the materials on an Ipod. Review of these materials is ongoing, and defense has raised a subsequent request for additional discovery.

Defense counsel therefore requests a continuance of the case set before Judge Jensen until December 6th 2012 at 9:00 a.m., to allow Mr. Betancourt and counsel to review the material and for defense counsel and the government to consult to try and resolve this case.

Defense makes this request to provide adequate preparation of the case;

Based on these facts, the parties stipulate and agree that the trial delay and exclusion of time requested herein is necessary to provide defendant adequate time to effectively prepare the case. The parties further stipulate and agree that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial. The parties, through their respective counsel, hereby stipulate and request that the hearing on the

1  setting date scheduled in this case for November 1, 2012, at 9:00 a.m before Judge Jensen should
2  be vacated and the matter reset for a hearing on for December 6, 2012, at 9:00 a.m., or as soon
3  thereafter as may be heard by the Court.
4      In addition, the parties stipulate that the time period from November 1, 2012, to December
5  6, 2012, should be excluded under the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A) and (B)(iv),
6  and due to the need to provide defendant with reasonable time to prepare. A proposed order is
7  attached and lodged separately for the Court's convenience.

                              Respectfully submitted,

DATED: October 30, 2012

                              By: /s/ *Steve E. Teich*
                              STEVE E. TEICH
                              Attorney for Defendant
                              CLAUDIO BETANCOURT


DATED: October 30, 2012       MELNDA HAAG
                              United States Attorney


                              By: /s/ *Daniel Kaleba*
                              DANIEL KALEBA
                              Assistant U.S. Attorney
                              For the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHEN DISTRICT OF CALIFORNIA

SAN JOSE JUDICIAL DISTRICT

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | CR. No. CR. **12-00233-DLJ** |
| ) | |
| Plaintiff, ) | **[] ORDER TO CONTINUE** |
| ) | **SETTING DATE AND TO EXCLUDE TIME** |
| v. ) | **UNDER SPEEDY TRIAL ACT** |
| ) | **[18 U.S.C. § 3161(h)]** |
| **CLAUDIO BETANCOURT**, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Based on the reasons set forth in the stipulation of the parties filed on July 25, 2012, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.

**IT IS HEREBY ORDERED** that the hearings scheduled for November 1, 2012 before Judge Jensen is vacated and that the case before Judge Jensen is set for a hearing on **December 6, 2012,** at **9:00 a.m.** or as soon thereafter as may be heard by the Court.

The Court further finds that the ends of justice that will be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, **IT IS HEREBY ORDERED** that, for the reasons stated in the parties' October 30, 2012 stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is EXCLUDED during the time period from October 30, 2012, through December 6, 2012, pursuant


1  to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), due to the need to provide defendant with effective
2  preparation of his case.

4  **IT IS SO ORDERED.**

7  DATED: _____

8  By: _____
   **HONORABLE D. LOWELL JENSEN**
9  United States District Judge
   Northern District of California

4