1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  DANIEL R. KALEBA (CABN 223789)
   Assistant United States Attorney
5
       150 Almaden Boulevard, Suite 900
6      San Jose, California 95113
       Telephone: (408) 535-5061
7      FAX: (408) 535-5066
       daniel.kaleba@usdoj.gov
8
   Attorneys for United States of America
9

10                     UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                            SAN JOSE DIVISION

13
   UNITED STATES OF AMERICA,        )  CASE NO. CR 12-00233 DLJ
14                                  )
        Plaintiff,                  )  STIPULATION AND ORDER TO
15                                  )  CONTINUE HEARING DATE AND TO EXCLUDE
     v.                             )  TIME UNDER THE SPEEDY TRIAL ACT
16                                  )
   CLAUDIO ALBERTO BETANCOURT,      )
17                                  )
        Defendant.                  )
18 ─────────────────────────────────)

19

20      Defendant Claudio Betancourt, through defense counsel Steve Emery Teich, and the United

21 States government, through Assistant United States Attorney Daniel Kaleba, stipulate as follows:

22      Defense Counsel has filed a motion to compel certain discovery from the government.

23 Counsel for the government agrees to provide some of this requested information to the defendant, and

24 further agrees to meet and confer to resolve the remaining discovery requests.  Further, the parties

25 continue to negotiate a pretrial disposition.

26      Therefore, the parties stipulate and agree that the hearing date currently scheduled for

27 November 7, 2013 be continued to December 5, 2013.  The parties stipulate that the time period from

28 November 7, 2013, to December 5, 2013, should be excluded under the Speedy Trial Act, 18 U.S.C. §

3161(h)(1)(D) on account of the pending pretrial motion. A proposed order is attached and lodged separately for the Court's convenience.

Respectfully submitted,

DATED: November 1, 2013

By: /s/ Steve E. Teich
STEVE E. TEICH
Attorney for Defendant
CLAUDIO BETANCOURT

DATED: November 1, 2013

MELNDA HAAG
United States Attorney

By: /s/ Daniel Kaleba
DANIEL KALEBA
Assistant U.S. Attorney
For the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHEN DISTRICT OF CALIFORNIA

SAN JOSE JUDICIAL DISTRICT

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>        Plaintiff,            )<br>                              )<br>    v.                        )<br>                              )<br>                              )<br>CLAUDIO BETANCOURT,           )<br>                              )<br>                              )<br>        Defendant.            )<br>_____) | Case No. CR. 12-00233-DLJ<br><br>[] ORDER TO CONTINUE<br>HEARING DATE AND TO EXCLUDE TIME<br>UNDER SPEEDY TRIAL ACT<br>[18 U.S.C. § 3161(h)] |

Based on the reasons set forth in the stipulation of the parties filed on November 1, 2013, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the hearing scheduled for November 7, 2013 before Judge Jensen is continued to December 5, 2013 at 10:00 a.m. or as soon thereafter as may be heard by the Court.

The Court further finds that the time within which the trial of this matter must be commenced under the Speedy Trial Act is EXCLUDED during the time period from November 7, 2013, through December 5, 2013, pursuant to 18 U.S.C. § 3161(h)(1)(D) due to the pending pretrial motion.

IT IS SO ORDERED.

DATED: FFÔÆH            By:_____
                             HONORABLE D. LOWELL JENSEN
                             United States District Judge
                              Northern District of California