1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  DANIEL R. KALEBA (CABN 223789)
   Assistant United States Attorney
5
       150 Almaden Boulevard, Suite 900
6      San Jose, California 95113
       Telephone: (408) 535-5061
7      FAX: (408) 535-5066
       daniel.kaleba@usdoj.gov
8
   Attorneys for United States of America
9

10                   UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                          SAN JOSE DIVISION

13
   UNITED STATES OF AMERICA,          ) CASE NO. CR 12-00233 DLJ
14                                    )
       Plaintiff,                     ) STIPULATION AND [PROPOSED] ORDER TO
15                                    ) REVOKE PRETRIAL RELEASE ORDER UNDER
   v.                                 ) 18 U.S.C. § 3145(A)
16                                    )
   CLAUDIO ALBERTO BETANCOURT,        )
17                                    )
       Defendant.                     )
18                                    )

19

20         Defendant Claudio Betancourt, through defense counsel Steve Emery Teich, and the United

21 States government, through Assistant United States Attorney Daniel Kaleba, stipulate as follows:

22         On October 30, 2013, defendant Claudio Betancourt was arrested in Santa Clara County on

23 charges relating to a homicide. He was denied bail, and is currently in state custody. The alleged

24 offense conduct occurred after the federal grand jury returned the indictment but before the arrest on

25 the federal warrant. The parties do not stipulate at this time that the alleged offense conduct forms a

26 violation of a condition of Betancourt's pretrial release.

27         Therefore, due to the nature of the arrest on the state homicide charge, and the defendant's

28 current custodial status, the parties stipulate and agree, pursuant to 18 U.S.C. § 3145(a), that the

Court's pretrial release order should be revoked, the bail exonerated, and that a warrant should issue for Mr. Betancourt's arrest.  Upon presentation to this Court in the future, Mr. Betancourt reserves the right to request reinstatement of his pretrial release.

Respectfully submitted,

DATED: November 13, 2013

By: /s/ Steve E. Teich
STEVE E. TEICH
Attorney for Defendant
CLAUDIO BETANCOURT

DATED: November 13, 2013        MELNDA HAAG
United States Attorney

By: /s/ Daniel Kaleba
DANIEL KALEBA
Assistant U.S. Attorney
For the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHEN DISTRICT OF CALIFORNIA

SAN JOSE JUDICIAL DISTRICT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR. 12-00233-DLJ |
| | ) | |
| Plaintiff, | ) | [~~PROPOSED~~] ORDER TO REVOKE PRETRIAL RELEASE 18 U.S.C. § 3145(a) |
| | ) | |
| CLAUDIO BETANCOURT, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Based on the reasons set forth in the stipulation of the parties filed on November 13, 2013, and good cause appearing therfrom,

IT IS HEREBY ORDERED that the Order of pretrial release for Claudio Betancourt is REVOKED, the bail EXONERATED, and a warrant for the arrest of the defendant shall be ISSUED.

IT IS SO ORDERED.

DATED: 11/18/2013

By: /s/ Paul S. Grewal
HONORABLE PAUL S. GREWAL
United States Magistrate Judge
Northern District of California