1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  DANIEL R. KALEBA (CABN 223789)
   Assistant United States Attorney
5
       150 Almaden Boulevard, Suite 900
6      San Jose, California 95113
       Telephone: (408) 535-5061
7      FAX: (408) 535-5066
       daniel.kaleba@usdoj.gov
8
   Attorneys for United States of America
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                            SAN JOSE DIVISION

13
   UNITED STATES OF AMERICA,        )  CASE NO. CR 12-00233 DLJ
14                                  )
        Plaintiff,                  )  STIPULATION AND ORDER TO
15                                  )  CONTINUE HEARING DATE AND TO EXCLUDE
     v.                             )  TIME UNDER THE SPEEDY TRIAL ACT
16                                  )
   CLAUDIO ALBERTO BETANCOURT,      )
17                                  )
        Defendant.                  )
18 _____ )

19

20         Defendant Claudio Betancourt, through defense counsel Steve Emery Teich, and the United

21  States government, through Assistant United States Attorney Daniel Kaleba, stipulate as follows:

22         Defendant is currently in state custody on a pending matter, and was recently held to answer

23  following a preliminary hearing to the charge of murder, in violation of California Penal Code § 187.

24  The defendant is currently negotiating a potential pretrial resolution to the state charge, and requests

25  additional time to continue those negotiations.  The defense continues to request, and the government

26  agrees, that the federal matter should, for now, trail the pending state matter.  It is the expectation of

27  the parties that should the state matter resolve pretrial, a resolution in the federal case would be likely.

28

1  Therefore, the parties stipulate and agree that the hearing date currently scheduled for February 13, 2014 be continued to April 10, 2014. The parties stipulate that the time period from February 13, 2014 be continued to April 10, 2014, should be excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(1)(B) and (h)(3)(A) on account of the unavailability of the defendant due to the pending state charges, as well as in the interest of justice, pursuant to § 3161(h)(7)(A). A proposed order is attached and lodged separately for the Court's convenience.

Respectfully submitted,

DATED: February 12, 2014

By: /s/ Steve E. Teich
STEVE E. TEICH
Attorney for Defendant
CLAUDIO BETANCOURT

DATED: February 12, 2014        MELNDA HAAG
United States Attorney

By: /s/ Daniel Kaleba
DANIEL KALEBA
Assistant U.S. Attorney
For the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHEN DISTRICT OF CALIFORNIA

SAN JOSE JUDICIAL DISTRICT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br> v.<br><br>CLAUDIO BETANCOURT,<br><br>  Defendant. | Case No. CR. 12-00233-DLJ<br><br>[] ORDER TO CONTINUE<br>HEARING DATE AND TO EXCLUDE TIME<br>UNDER SPEEDY TRIAL ACT<br>[18 U.S.C. § 3161(h)] |

Based on the reasons set forth in the stipulation of the parties filed on February 12, 2014, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the hearing scheduled for February 13, 2014 before Judge Jensen is continued to April 10, 2014 at 9:00 a.m. or as soon thereafter as may be heard by the Court.

The Court further finds that the time within which the trial of this matter must be commenced under the Speedy Trial Act is EXCLUDED during the time period from February 13, 2014 be continued to April 10, 2014, pursuant to 18 U.S.C. § 3161(h)(1)(B) and (h)(3)(A) on account of the unavailability of the defendant due to the pending state charges, as well as pursuant to § 3161(h)(7)(A) in the interest of justice.

IT IS SO ORDERED.

DATED: _____

By: _____
HONORABLE D. LOWELL JENSEN
United States District Judge
Northern District of California