STEVE EMERY TEICH
Cal. State Bar No. 78397
255 Kansas Street, Suite 340
San Francisco, CA 94103
Telephone: (415) 565-9600
steve.teich@sbcglobal.net

Attorney for Defendant
**CLAUDIO BETANCOURT**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff.<br><br>vs.<br><br>**CLAUDIO BETANCOURT,**<br>Defendant.<br>_____ | CASE NO. **12-CR-00233-DLJ**<br><br>**STIPULATION AND ORDER TO CONTINUE SETTING DATE AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |

    Defendant Claudio Betancourt through defense counsel Steve Emery Teich and the United States government through Assistant United States Attorney Jeff Nedrow stipulate as follows:

    Defendant is currently in state custody on a pending matter, and was recently held to answer following a preliminary hearing to the charge of murder, in violation of California Penal Code §187 the defendant is currently negotiating a potential pretrial resolution to the state charge, and requests additional time to continue those negotiations. The defense continues to request, and the government agrees, that the federal matter should, for now trail the pending state matter. It is the expectation of the parties that should the state matter resolve pretrial, a resolution in the federal case would be likely

    Therefore  the parties stipulate and agree that the hearing date currently scheduled for April 10, 2014 be continued to June 12, 2014.  The parties stipulate that the time period from April 10, 2014 through June 12, 2014 be continued to April 10, 2014, should be excluded under the Speedy Trial Act, 18 U.S.C. §'3161(h)(1)(B) and (h)(3)(A) on account of the unavailability of the defendant

1

due to the pending state charges, as well to ensure continuity of counsel and in the interest of justice, pursuant to §3161(h)(7)(A). A proposed order is attached.

Respectfully submitted,

DATED: April 8, 2014

By: */s/ Steve E. Teich*
STEVE E. TEICH
Attorney for Defendant
CLAUDIO BETANCOURT

DATED: April 8, 2014         By: /s/ *Jeff Nedrow*
JEFF NEDROW
Assistant U.S. Attorney
For the United States of America

2

STEVE EMERY TEICH
Cal. State Bar No. 78397
255 Kansas Street, Suite 340
San Francisco, CA 94103
Telephone: (415) 565-9600
steve.teich@sbcglobal.net

Attorney for Defendant
**CLAUDIO BETANCOURT**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff.<br><br>vs.<br><br>**CLAUDIO BETANCOURT,**<br>Defendant.<br>_____ | CASE NO. **12-CR-00233-DLJ**<br><br>**ORDER TO CONTINUE<br>SETTING DATE AND TO EXCLUDE<br>TIME UNDER THE SPEEDY TRIAL ACT** |

Based on the reasons set forth in the stipulation of the parties, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.

**IT IS HEREBY ORDERED** that the setting date scheduled for April 10, 2014 before Judge Jensen is vacated and that the new setting date is set for **June 12, 2014** at **9:00 a.m.** The Court further finds that the ends of justice that will be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, **IT IS HEREBY ORDERED** that, for the reasons stated in the current stipulation and the parties' January 29, 2013 stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is EXCLUDED

1  during the time period from April 10, 2014 , through June 12, 2014  pursuant to 18 U.S.C. §

2  3161(h)(7)(A) and (B)(iv), due to the need to provide defendant with continuity of counsel, as well as

3  the defendant's unavailability as a result of pending state charges, and in the interests of justice.

**IT IS SO ORDERED.**

DATED: _____

By:_____
**HONORABLE D. LOWELL JENSEN**
United States District Judge
Northern District of California